977 So.2d 959 (2008)
Ceola ZANDERS
v.
M & M PIZZA, LLC d/b/a Cici's Pizza # 460.
No. 2008-CC-0254.
Supreme Court of Louisiana.
March 24, 2008.
In re Cici's Pizza # 460; M & M Pizza, LLC;  Defendant(s); Applying for Supervisory *960 and/or Remedial Writs, Parish of Jefferson, Second Parish Court for the Parish of Jefferson, No. 97050; to the Court of Appeal, Fifth Circuit, No. 07-C-1009.
Denied.
TRAYLOR, J., would grant.
KNOLL, J., would grant.
WEIMER, J., would grant.